## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **SONNY M. LEMASTER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **4:09-CV-2233-VEH-JEO** |
| | ) | |
| **TODD ENTREKIN and THE** | ) | |
| **ATTORNEY GENERAL OF THE** | ) | |
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Respondents.** | ) | |

### MEMORANDUM OF OPINION

Sonny Lemaster filed a petition for a writ of habeas corpus on November 3, 2009.  (Doc. 1).  On November 17, 2009, the court entered an order informing the petitioner that his petition was deficient in that he failed to pay the filing fee or submit a completed *in forma pauperis* application.  (Doc. 2).  The petitioner had until December 17, 2009, to respond to said order.  *Id*.  He has failed to do so.[1]  Accordingly, this matter is due to be dismissed without prejudice.  An appropriate order will be entered.

---

[1]The court's order was returned to the Clerk of the Court on November 25, 2009, as undeliverable.  The petitioner has not provided the court with any forwarding address.

**DONE** this the 4th day of January, 2010.

**VIRGINIA EMERSON HOPKINS**
United States District Judge